**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*
GLENN W. PETERSON, ESQ. (SBN 126173)
RICHARD M. WATTS, JR., ESQ. (SBN 221268)
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone: 916.780.8222
Fax:     916.780.8775

**Attorneys for Defendants**
FLAGG BUILDING IMPROVEMENTS, INC.,
Individually and as managing agent for
F.B.I./K.O.O., A JOINT VENTURE;
TRAVELERS CASUALTY & SURETY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE OF<br>  SAN JOAQUIN STEEL., a California corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>FBI/KOO, A JOINT VENTURE; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA; FLAGG BUILDING IMPROVEMENTS, INC.; KOO CONSTRUCTION, INC. and DOES 1 through 25,<br><br>                              Defendants. | Case No. 2:05 CV-00653-MCE-DAD<br><br>**ORDER RE: SUBSTITUTION OF COUNSEL** |

The Court makes the following order regarding substitution of counsel:

Pursuant to stipulation and notice filed June 7, 2005, written consent from the client, and good cause appearing:

The Court hereby accepts the substitution of new counsel Glenn W. Peterson of Millstone Peterson & Watts, LLP  as counsel of record for Travelers Casualty & Surety Company of America in lieu and in place of former counsel Robert O'Connor of McDonough Holland & Allen P.C. (former counsel). Former counsel is relieved of his responsibilities as counsel of record for Travelers



1  Casualty & Surety Company of America in this action and the Clerk shall remove former counsel
2  from the service list in this matter.

3

4  DATED: June 9, 2005

5

6  _____
   MORRISON C. ENGLAND, JR
7  UNITED STATES DISTRICT JUDGE

8  Approved as to Form:

9

10 DATED: June 9, 2005                MILLSTONE PETERSON & WATTS, LLP
                                      Attorneys at Law
11

12
                                      By:_____/s/_____
13                                        Glenn W. Peterson
                                          Attorneys for Defendants
14                                        FLAGG BUILDING IMPROVEMENTS, INC.;
                                          F.B.I./K.O.O., A JOINT VENTURE; and TRAVELERS
15                                        CASUALTY & SURETY COMPANY

16

17

18

19

20

21

22

23

24

25

26

27

28