RADOSLOVICH LAW CORPORATION
Frank M. Radoslovich  SBN 161457
Shawn M. Krogh  SBN  227116
601 University Avenue, Suite 250
Sacramento, CA 95825
Telephone:  (916) 565-8161
Facsimile:  (916) 565-8170

Attorneys for Defendant
DAVID FLAGG dba
FLAGG BUILDING IMPROVEMENTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES FOR THE USE OF SAN JOAQUIN STEEL CO., INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>FBI/KOO, A Joint Venture; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FLAGG BUILDING IMPROVEMENTS, INC.; K.O.O. CONSTRUCTION, INC.; and DOES 1 through 25,<br><br>        Defendants<br>_____<br>DAVID FLAGG dba FLAGG BUILDING IMPROVEMENTS, INC.,<br><br>        Cross-Complainant,<br>vs.<br><br>K.O.O. CONSTRUCTION, INC.,<br><br>        Cross-Defendant | Case No. 2:05-CV-0653-MCE-DAD<br><br>**STIPULATION TO SUBMIT CROSS-COMPLAINT TO ARBITRATION** |

/ / /

/ / /

1

## RECITALS

1. Cross-Complainant DAVID K. FLAGG dba FLAGG BUILDING IMPROVEMENTS ("FLAGG") and Cross-Defendant K.O.O. CONSTRUCTION, INC. ("K.O.O.") are business partners in the venture known as FBI/K.O.O., a joint venture.

2. Plaintiff San Joaquin Steel filed a lawsuit against FBI/K.O.O., a joint venture; FLAGG; and K.O.O.

3. FLAGG filed and served a cross-complaint seeking indemnity against K.O.O. CONSTRUCTION, INC for the San Joaquin Steel lawsuit.

4. Article XII, section 4 of the Joint Venture Agreement executed by FLAGG and K.O.O. provides that the parties shall submit their disputes to binding arbitration

5. K.O.O. filed a Motion to Dismiss the cross-complaint for failing to comply with Article XII, section 4 of the Joint Venture Agreement. This Motion is set to be heard on October 17, 2005.

## AGREEMENT

IT IS HEREBY AGREED to and STIPULATED by and between the attorneys for FLAGG and K.O.O. that FLAGG's cross-complaint shall be submitted to William Porter for binding arbitration. In the event Mr. Porter (1) resigns as the arbitrator, (2) develops a conflict of interest that prevents him from continuing to participate as the arbitrator, (3) the parties agree, in writing, to find a new arbitrator, or (4) is removed for any other reason recognized by law, another arbitrator shall be selected pursuant to the Joint Venture Agreement.

IT IS FURTHER AGREED that FLAGG's cross-complaint may be submitted for binding arbitration after the final resolution of the San Joaquin Steel matter currently pending against FBI/K.O.O., a joint venture; FLAGG; and K.O.O.

IT IS FURTHER AGREED that the prosecution and defense of FLAGG's cross-complaint shall be stayed pending final resolution of the action in arbitration.

///

///

///

1  IT IS FURTHER AGREED that K.O.O.'s Motion to Dismiss shall be taken off calendar
2  pursuant to this stipulation.

4  Dated: September 30, 2005                    RADOSLOVICH LAW CORPORATION

                                                _____/s/_____
                                                Shawn M. Krogh
                                                Attorneys for DAVID K. FLAGG dba
                                                FLAGG BUILDING IMPROVEMENTS

8  Dated: September 30, 2005                    DOWNEY BRAND, LLP

                                                _____/s/_____
                                                Treven I. Tilbury
                                                Attorneys for K.O.O. CONSTRUCTION, INC.

# ~~PROPOSED~~ ORDER

WHEREFORE, based upon the stipulation of Cross-Complainant DAVID K. FLAGG dba FLAGG BUILDING IMPROVEMENTS ("FLAGG") and Cross-Defendant K.O.O. CONSTRUCTION, INC., IT IS HEREBY ORDERED:

1.   FLAGG's cross-complaint shall be submitted to William Porter for binding arbitration. In the event Mr. Porter (1) resigns as the arbitrator, (2) develops a conflict of interest that prevents him from continuing to participate as the arbitrator, (3) the parties agree, in writing, to find a new arbitrator, or (4) is removed for any other reason recognized by law, another arbitrator shall be selected pursuant to the Joint Venture Agreement.

2.   FLAGG's cross-complaint may be submitted for binding arbitration after the final resolution of the San Joaquin Steel matter currently pending against FBI/K.O.O., a joint venture; FLAGG; and K.O.O.

3.   The prosecution and defense of FLAGG's cross-complaint shall be stayed pending final resolution of the action in binding arbitration

4.   K.O.O.'s Motion to Dismiss set for hearing on October 17, 2005 is taken off calendar pursuant to the stipulation of the parties.

IT IS FURTHER ORDERED that the parties shall submit a Joint Status Report re the status of the arbitration not later than March 1, 2006.

Dated: October 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE