1

2  **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**
   A Professional Corporation
3  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
4  Telephone (209) 477-3833
   MARK E. BERRY, ESQ.
5  CA State Bar No. 155091
   MICHAEL L. PHILLIPS, ESQ.
6  CA State Bar No. 232978

7  Attorneys for Plaintiff, THE UNITED STATES,
   FOR THE USE OF SAN JOAQUIN STEEL CO., INC.
8
   **MILLSTONE, PETERSON & WATTS, LLP**
9  Attorneys at Law
   2267 Lava Ridge Court, Suite 210
10 Roseville, CA 95661
   Telephone (916) 780-8222
11 GLENN W. PETERSON, ESQ. SBN 1261173
   RICHARD M. WATTS, JR. ESQ. SBN 221268
12
   Attorneys for Defendants, FLAGG BUILDING IMPROVEMENTS,
13 Individually and as managing agent for
   F.B.I./K.O.O., A JOINT VENTURE;
14 TRAVELERS CASUALTY & SURETY COMPANY

15 **RADOSLOVICH LAW CORPORATION**
   601 University Avenue, Suite 250
16 Sacramento, CA 95825
   Telephone (916) 565-8161
17 SHAWN M. KROGH, ESQ. SBN 227116
   FRANK M. RADOSLOVICH, ESQ. SBN 161457
18
   Attorneys for Defendant, DAVID FLAGG dba
19 FLAGG BUILDING IMPROVEMENTS

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

**UNITED STATES COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE UNITED STATES FOR THE USE OF SAN JOAQUIN STEEL CO., INC.** | No. 2:05-CV-0653-MCE-DAD |
| **Plaintiff,** | |
| vs. | **ORDER FOR DISMISSAL** |
| **FBI/KOO, A Joint Venture; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FLAGG BUILDING IMPROVEMENTS, INC.; K.O.O. CONSTRUCTION, INC.; and DOES 1 through 25,** | |
| **Defendants.** | |

**ORDER**

Based on the foregoing Stipulation, the above action is hereby dismissed, with prejudice.

DATED: March 30, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE